UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN HOME ASSURANCE COMPANY
as subrogee of GENTEX CORPORATION,

         Plaintiff,    **ECF CASE**

  -against-          **RULE 7.1**

CENTRAL TRANSPORT, INC.,      07 CIV. 7930 (GBD)

         Defendant.
------------------------------------------------------------X

  Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

            NONE

Dated: New York, New York
   September 10, 2007

               _____
               Daniel G. McDermott (DM-3449)