JJR

American Home Assurance Company, et. al., Plaintiff(s)
vs.
Central Transport, Inc., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 085279-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Central Transport Inc.
Court Case No. 07 Civ 7930 (GBD)

MCDERMOTT & RADZIK, LLP
Mr. James J. Ruddy
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

State of: **Michigan** ) ss.
County of: **Livingston** )

Name of Server: **Kirke Seibert**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18** day of **September**, 20 **07**, at **3:40** o'clock **P** M

Place of Service: at **12225 Stephens Road**, in **Warren, MI 48089**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Individual Practicies of Judge**
**George B. Daniels; Procedures Applicable ot Cases Referred for**
**Settlement to Magistrate Judge Kevin Nathaniel Fox**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Central Transport Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Erin Canu, Person in charge**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blond**; Facial Hair **None**
Approx. Age **37**; Approx. Height **5'10**; Approx. Weight **140**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **18** day of **September**, 20 **07**

Notary Public                   (Commission Expires)

JENNIFER R. GOBLE
Notary Public, Livingston County, MI
My Commission...

APS International, Ltd.

RECEIVED
SEP 24 2007
McDERMOTT & RADZIK LLP