Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Central Transport International, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY as subrogee of GENTEX CORPORATION,<br><br>       Plaintiff,<br><br>  - against –<br><br>CENTRAL TRANSPORT, INC.<br><br>       Defendant. | **ECF CASE**<br><br>**07 CIV 7930**<br>**(Judge Daniels)**<br><br>**LOCAL RULE**<br>**7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CENTRAL TRANSPORATION INTERNATION, INC., incorrectly sued as Central Transport, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

             **NONE.**

Dated:    New York, New York
          November 2, 2007

                                By: /s/ Barry Gutterman
                                Barry N. Gutterman, Esq. (BG6410)
                                Robert Briere, Esq. (RB6080)
                                Barry N. Gutterman & Associates, P.C.
                                60 East 42nd Street, 46th Floor
                                New York, New York 10165
                                (212) 983-1466

                                OF COUNSEL:

                                Charles L. Howard, Esq.
                                Keenan Cohen & Howard, P.C.
                                One Pitcairn Place, Suite 2400
                                165 Township Line Road
                                Jenkintown, PA  19046
                                (215) 609-1110 (phone)
                                (215) 609-1117 (fax)

                                Attorneys for Defendant
                                Central Transport International, Inc.


To:    Daniel G. McDermott (DM-3449)
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street
        New York, New York 10005-1801
        (212) 376-6400 (phone)

        Attorneys for Plaintiff

CT-2807 7.1 Statement