## UNIVERSAL TRAFFIC SERVICE
## BROKER/CARRIER AGREEMENT

**AGREEMENT** made and entered into this 15th day of July 1998, by and between **Central Transport International, Inc.**, hereinafter referred to as **CARRIER**, AND **UNIVERSAL TRAFFIC SERVICE**, 6303 28th St., Grand Rapids, MI 49546 hereinafter referred to as **BROKER**. This **AGREEMENT** is to remain in effect for one (1) year and will renew year to year thereafter except where notification is given to dissolve upon no less than 30 days notice in writing either by U.S. Mail or facsimile transmission.

### RECITALS

**WHEREAS: CARRIER** is a motor contract carrier of property duly authorized by the Federal Highway Commission, under Permit No. MC- 301948, (a copy of which permit is attached hereto and made a part hereof) to provide compensated contract transportation of property for shippers (consignor) and receivers (consignee) of general commodities, and holds itself out to the public as such, and in providing contract carrier services assigns motor vehicles and equipment for a continuing period of time for the exclusive use and benefit of shippers and receivers and/or provides transportation services designed to meet the distinct needs of shippers and receivers served.

**WHEREAS: BROKER** is a freight broker, duly authorized by the ICC under License No. **MC-209839-1**, (a copy of which license is attached hereto and made a part hereof), to arrange for the transportation of property by motor carrier on behalf of a motor carrier, consignor or consignee, and for the purposes of contract carriage sufficiently controls the arrangements for transportation of the commodities to be tendered to **CARRIER** under this **AGREEMENT**, and

**WHEREAS: BROKER**, as an independent contractor services shipper and receiver customers on a continuing basis which have individually and/or collectively, varying and distinct transportation needs for shipments between and among various geographic points throughout the United States, which from time to time require dedication of equipment, cargo liability insurance, claims credit and payment terms, ratemaking negotiability, mutual rate adjustment, rate and charge stabilization and agreement, and for those reasons **BROKER**, both derivatively for shipper customers and for itself, has unique, distinct and continuing transportation service needs throughout the United States, and must necessarily also enter into similar pattern motor contract carriage agreements with more than one motor contract carrier, in order to serve the varied special, distinct and continuing transportation needs of itself and of its several shipper customers from origins to destinations throughout the United States all of which form an integral part of the **BROKER'S** customer base of both shippers and motor carriers, and

**BROKER** shall diligently solicit, obtain and maintain shipping customers having freight traffic shipments in need of transportation, and shall offer a series of freight traffic shipments to **CARRIER** for transportation;

**CARRIER** shall transport by motor vehicle from and to such points between which service may be required, a series of shipments in such quantities of authorized commodities as **BROKER** may require without delay, subject to the availability of suitable equipment for the traffic offered and the specific shipment instructions, all in accordance with the terms and conditions of this **AGREEMENT**.

**BROKER** shall tender and **CARRIER** shall transport a series of shipments of no less than 3 shipments per year under this **AGREEMENT** during the primary term or renewals thereof.

Rates and charges for traffic moved under this **AGREEMENT** shall be as agreed between the parties hereto in writing and are to be contained in a rate schedule or memorandum of rates and charges prepared and issued by **BROKER**, acknowledged and accepted by **CARRIER**, and attached to this **AGREEMENT** as Schedule"A". Changes to this schedule or memorandum shall also be made in writing on mutually agreed notice time, and similarly acknowledged. This schedule shall also contain the terms and conditions of, and charges for, any additional or accessorial services which may be required or performed.
Individual moves may be addressed on a move by move basis via "Appendix A" (load confirmation) faxed by broker and signed by carrier representative.

Claims on shortages or damaged freight may be handled by UTS (from an administrative standpoint only, as a service to it's client) or directly with the shipper customer, and will be independent of this agreement. Claims will be subject to the provisions of the NMFC-100 and CTII 100 series, rules, including released valuation provisions. Carrier claims liability will be, at the least, full replacement value and will include any additional charges incurred by shipper and/or Broker.

Undercharge and overcharge claims will be handled between **CARRIER** and **BROKER**, independent of the shipper subject to the provisions of the "Negotiated Rates Act" and the "Trucking Industry Regulatory Reform Act" except that neither party will be due undercharge or overcharge consideration beyond 6 months of ship date.

Rates may be established or amended verbally in order to meet specific shipping schedules or requirements, as mutually agreed, but such verbal agreement shall be reduced to writing (via appendices-confirmation) within five (5) working days of the movement of the involved freight, in order to be and/or remain binding between the parties.

Ratemaking, mutuality, flexibility and stability are essential elements in the relationship of the parties and this agreement. Therefore, while provision is made for negotiation and mutual adjustment of rates and changes for transportation provided under this **AGREEMENT** as set out in appendices hereto, rates payable under this **AGREEMENT** and appendices, shall not be less than $ 44.00 per shipment.

Payment for transportation charges, including detention and accessorial charges to **BROKER**, while in force contracts exist between **BROKER** and Clients or **BROKER** has not filed for bankruptcy protection, shall be made by **BROKER** to **CARRIER** within 30 days of receipt of original freight bill with required bill of lading and delivery receipt copies attached. Any reference in rules tariffs referring to late payment and loss of pricing provisions is waived by **CARRIER**.

In the event of non or delinquent payment of freight bills by **BROKER** to **CARRIER** on which there is no dispute as to the accuracy of freight charges, **CARRIER** may, after 120 days from the bill date, institute collection efforts directly against the party on whose behalf the shipment(s) were made.

In the event ther is a dispute as to the accuracy of a freight bill or bills, BROKER will notify CARRIER by letteror fax within 30 days of the date of shipment. CARRIER will then make disposition or respond by letter or fax to BROKER within 30 days or receipt of BROKER's notification to CARRIER. Collection proceedings may proceed as described above after 120 days from the date of agreement between BROKER and CARRIER's Pricing Department on the resolution of disputed freight bills.

In no instance shall CARRIER contact or institute collection efforts against any party, other than **BROKER** while their is unresolved dispute over the accuracy of freight bills in question.

Notification under this Agreement shall be made to the following:

| To BROKER: | To CARRIER: |
|---|---|
| Universal Traffic Service (UTS) | Central Transport International |
| ATTN: Auditing | ATTN: Pricing Department |
| P.O. Box 888470 | 12225 Stephens Road |
| Grand Rapids, MI     49588-8470 | Warren, MI 48089 |
| (FAX) 616-949-6362 | (FAX) 800-527-0105 |
| (PH)  800-383-3024 | (PH)  810-939-7000 |

In the event rules tariff provisions conflict with the wording within this contract, the contract will take precedent.

Carrier will not solicit nor enter into any business relationship with clients of broker while in force contracts exist between broker and client. Carrier may only solicit traffic from said client (s) six month after the termination of said contract.

Parties agree the terms of this Agreement are confidential in nature and may not be disclosed to any other party except by **BROKER** to it's clients at **BROKER'S** discretion.

This agreement provides for transportation services designed to meet the distinct needs of shipper customers. The distinct needs of the shipper customers are exemplified in the aforementioned recitals of this **AGREEMENT**, and may also be identified as **UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS** in the appendix "B" attached hereto and made a part hereof. **BROKER** may from time to time add to or delete from **UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS** via facsimile to be signed by carrier representative with effective date and returned via like method.

All invoices for **UTS** and **UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS** will be sent to Universal Traffic Service at PO Box 888470 Grand Rapids, MI 49588-0470.

It is the intention and contemplation of the parties that the compensated transportation services provided hereunder are done so under a continuing agreement between the parties subject, however, to the primary term renewal and termination provision of Paragraph one (1) of this Agreement.

Controlling Law: Except as provided in paragraph re: claims, damages and shortages, this agreement shall be governed by the laws of the state of Michigan, without giving effect to the principles of conflict of law thereof, and any dispute under this agreement shall be submitted to the jurisdiction of the federal or state courts in Kent County, Michigan for adjudication.

signed,

For **UNIVERSAL TRAFFIC SERVICE:**

*[signature]*

Robert S. Ghareeb
Vice President - Traffic

Date: *July 15, 1998*

For **CARRIER:**

*[signature: David R. Rodewald]*

BY: David Rodewald

David R. Rodewald
Director of Pricing

Date: *July 22, 1998*

SCHEDULE "A"
PRICING AGREEMENT
between
CENTRAL TRANSPORT INTERNATIONAL INC.
and
UNIVERSAL TRAFFIC SERVICE, INC.

Effective Date:     August 1, 1998
Base Rates:         CZAR / CZAR LITE Effective 1-1-1997
Discount:           ▮▮▮
Canadian Rates:     CTII595
Discount:           70%
Minimum Charge:     ▮▮▮ Domestic  ▮▮▮ Canadian (for cross-border service)
Interline Pricing:  ▮▮% off actual class where CTII/CBTR originates.  ▮▮▮ minimum
Volume Pricing:     ▮▮% off cubic capacity or class rated volume shipments.
New York Zips:      Zip codes 10001-10099 will be subject to a $▮▮▮ minimum.

Central Transport International Inc., shall name a representative to resolve disputed bills.
Central Transport International Inc., shall pay all claims within thirty (30) days of acceptance of responsibility.

Application:   Linehaul Portion of billing, including C.O.D. shipments, inbound collect, outbound prepaid, and third party. C.O.D. fees are limited to ▮% of C.O.D. amount with a minimum charge of $▮▮▮. Outbound collect shipments will move at class rates and receive a ▮▮% discount off prevailing CTII base rates when pricing for consignee does not exist with Central Transport International Inc.

Intrastate charge application is limited to: MI, GA, IN, MO, NY, OH, PA, IL, TN, and TX, when served direct by CTII.

Shipments through 19,999#

All shipments subject to the rules and accessorial charges established in __CTII 100 (series)__ except provisions referred to in the language of the contract to which this schedule is attached, references to claims liability less than full replacement value, single shipment charges, change of debtor charges, notify charges, and any charges related to freight bill attachments and/or requests for facsimile transmission of same (i.e. bills of lading, P.O.D.'s etc.) which are waived. C.O.D. fees are limited to 3% of C.O.D. amount with a minimum charge of $▮▮00.

Pricing to apply to UTS as third party as well as those UTS clients named in **UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS** listing, with pricing protected for each client as listed including any exception ratings as stated. Pricing will also apply to clients added by UTS fax signed by appropriate carrier representative. Clients may be deleted in the same manner.

Pricing may be facilitated by rate agreement by Broker and Carrier, Appendix A (rate confirmation) created by Broker, faxed by Broker signed and returned via fax by Carrier. Appendix A becoming a one move agreement to the contract by definition.

For UNIVERSAL TRAFFIC SERVICE

_____          Date: July 15, 1998
By: Robert S. Ghareeb


For Central Transport International, Inc.

_____          Date: July 22, 1998
By: David R. Rodewald

## UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS
### APPENDIX B

| CLIENT | ALIAS | LOCATION | CITY | ST | ZIP | CL EXC |
|---|---|---|---|---|---|---|
| ACTIVE MFG CORP | | 422 N GRIFFIN | GRAND HAVEN | MI | 49417 | N/A |
| AERO-MOTIVE COMPANY | | 106 84TH STREET | BYRON CENTER | MI | 49443 | 60 |
| AERO-MOTIVE COMPANY | | 5688 E. ML AVENUE | KALAMAZOO | MI | 49001 | 60 |
| AMERICAN COIL SPRING | | 1041 EAST KEATING | MUSKEGON | MI | 49442 | 50 |
| AMERICAN METAL & PLASTICS, INC. | | 450 32ND STREET SW | GRAND RAPIDS | MI | 49518 | N/A |
| AMERICAN METAL & PLASTICS, INC. | | 4220 ROGER B/ CHAFFEE | GRAND RAPIDS | MI | 49548 | N/A |
| AMERICAN METAL & PLASTICS, INC. | | 4240 ROGER B. CHAFFEE | GRAND RAPIDS | MI | 49548 | N/A |
| AUTOMATIC SPRING PRODUCTS CORP | | 803 TAYLOR STREET | GRAND HAVEN | MI | 49417 | N/A |
| BELT CORP of AMERICA | | 3455 HUTCHINSON ROAD | CUMMING | GA | 30130 | N/A |
| BENTELER INDUSTRIES, INC. | | 1818 LAKEVIEW DRIVE | FORT WAYNE | IN | 46808 | N/A |
| BENTELER INDUSTRIES, INC. | | 910 S. EISENHOWER DRIVE | GOSHEN | IN | 46526 | N/A |
| BENTELER INDUSTRIES, INC. | | 9000 EAST MICHIGAN AVENUE | GALESBURG | MI | 49053 | N/A |
| BENTELER INDUSTRIES, INC. | | 210 HALL STREET SW | GRAND RAPIDS | MI | 49507 | N/A |
| BENTELER INDUSTRIES, INC. | | 3721 HAGEN DRIVE | GRAND RAPIDS | MI | 49504 | N/A |
| BORISCH MANUFACTURING | TUBULAR PRODUCTS | 4511 EAST PARIS AVENUE | GRAND RAPIDS | MI | 49512 | N/A |
| CAROLINA RIVET | | 105 COLUMBIA AVENUE | WEST COLUMBIA | SC | 29170 | 50 |
| COMPRESSOR TECHNOLOGIES INC | | 5800 SAFETY DRIVE | BELMONT | MI | 49306 | 70 |
| CONFORMANCE FASTENERS & ASSEMBLY PRODUCTS | | 2019 GLENDENING STREET | KALAMAZOO | MI | 49001 | N/A |
| CONFORMANCE FASTENERS & ASSEMBLY PRODUCTS | | 6239 AMERICAN AVE | KALAMAZOO | MI | 49002 | N/A |
| DAC INDUSTRIES, INC. | | 615-C ELEVENTH ST. NW | GRAND RAPIDS | MI | 49504 | N/A |
| DETROIT TUBULAR RIVET | | 1213 GROVE STREET | WYANDOTTE | MI | 48192 | 50 |
| DEVONSHIRE MANUFACTURING COMPANY | | 25401 GLENDALE | REDFORD | MI | 48239 | N/A |
| DIAMOND CHEMICAL COMPANY | | 9434 FRENCH ROAD | DETROIT | MI | 48213 | N/A |
| DIVERSIFIED DISTRIBUTION SYSTEMS, INC | DDS of MICHIGAN | 14451 WEST CHICAGO | DETROIT | MI | 48228 | O/B <=85@60 >85@CL |
| FEDERAL FOODS CORPORATION | | 1561 ADLAIDE | DETROIT | MI | 48207 | N/A |
| FIRST MEDICA | | 3704 C-BOREN DR. | GREENSBORO | NC | 27407 | 70 |
| FIRST MEDICA C/O AMERICAN DELIVERY | DENTEXX | 1665 LOTSIE BLVD. | ST. LOUIS | MO | 63132 | 70 |
| FIRST MEDICA % METRO WHSE | DENTEXX | 4020 PLATINUM WAY | DALLAS | TX | 75237 | 70 |
| FIRST MEDICA C/O LAGROUE WHSE | DENTEXX | 3514 S. DOSTNER AVE | CHICAGO | IL | 60632 | 70 |
| FIRST MEDICA C/O BALTIMORE INT'L WH | DENTEXX | 7646-56 CANTON CENTER DR. | BALTIMORE | MD | 21224 | 70 |
| G&T INDUSTRIES OF INDIANA, INC. | STEPHEN GOULD | 2741 KATHY LANE | JASPER | IN | 47546 | N/A |
| G&T INDUSTRIES OF NY, INC. | STEPHEN GOULD | 100 CLARK INDUSTRIAL PARKW | CONKLIN | NY | 13748 | N/A |
| G&T INDUSTRIES OF OHIO, INC. | STEPHEN GOULD | 179 EAST LONGVIEW | MANSFIELD | OH | 44901 | N/A |
| G&T INDUSTRIES OF PA, INC. | LANCASTER DIVISION | 52 HESS ROAD | LEOLA | PA | 17540 | N/A |
| G&T INDUSTRIES, INC. | DECORATIVE DIVISION | 641 WEST LAKE STREET | CHICAGO | IL | 60661 | N/A |
| G&T INDUSTRIES, INC. | DIVERSIFIED SALES | 4506 WYLAND DRIVE | ELKHART | IN | 46515 | N/A |
| G&T INDUSTRIES, INC. | BUSINESS FURNITURE DIVISION | 3417 EASTERN AVENUE SE | GRAND RAPIDS | MI | 49518 | N/A |
| G&T INDUSTRIES, INC. | DECORATIVE SURFACES | 3415 EASTERN AVENUE SE | GRAND RAPIDS | MI | 49518 | N/A |
| G&T INDUSTRIES, INC. | HEMISPHERE INTERNATIONAL | 3415 EASTERN AVENUE SE | GRAND RAPIDS | MI | 49508 | N/A |
| G&T INDUSTRIES, INC. | STEPHEN GOULD | 3413 EASTERN AVENUE SE | GRAND RAPIDS | MI | 49518 | N/A |

PREPARED BY BOB GHAREEB  7/21/98    CARRIER: CTII    ACCEPTED BY [signature]  DATE: Jul 2, 1998

# UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS
## APPENDIX B

| CLIENT | ALIAS | LOCATION | CITY | ST | ZIP | CL EXC |
|---|---|---|---|---|---|---|
| G&T INDUSTRIES, INC. | DECORATIVE SURFACES | 6710 NORTH SIDNEY | MILWAUKEE | WI | 53209 | N/A |
| G&T MARINE SPECIALTIES | DESIGN STUDIO | 96 WILLARD STREET | COCOA | FL | 32922 | N/A |
| G&T MARINE SPECIALTIES | SARASOTA SHOWROOM | 1074 WHITFIELD | SARASOTA | FL | 34243 | N/A |
| G&T MARINE SPECIALTIES GROUP | | 3415 EASTERN AVENUE SE | GRAND RAPIDS | MI | 49518 | N/A |
| G&T MARINE SPECIALTIES GROUP | TEXTILES SPECIALTIES GROUP | 1726 HENRY G LANE | MARYVILLE | TN | 37801 | N/A |
| G&T SPECIALTIES GROUP (MSG) | | 700 COLLINS ROAD | ELKHART | IN | 46516 | N/A |
| HMR SALES & IMPORTS, INC. | | 912 N. BRIDGE STREET | LINDEN | MI | 48451 | N/A |
| HST SERVICES, INC. | | 500 44TH STREET SW | GRAND RAPIDS | MI | 49548 | N/A |
| HURON PRODUCTS GROUP | | 58611 GRAND RIVER AVE | NEW HUDSON | MI | 48165 | N/A |
| IMC | | P.O. BOX 3602 | BRENTWOOD | TN | 37024 | N/A |
| IPL | | 20200 WOODRUFF | ROCKWOOD | MI | 48173 | 85 |
| JOHNSON & QUIN | | 7460 N LEHIGH | NILES | IL | 60648 | 55 |
| KING MILLING COMPANY | | 115 SOUTH BROADWAY | LOWELL | MI | 49331 | N/A |
| LABTECH INDUSTRIES | | 7707 LYNDON | DETROIT | MI | 48238 | N/A |
| LAKESIDE SPRING PRODUCTS | | 422 N GRIFFIN | GRAND HAVEN | MI | 49417 | N/A |
| LASER ALIGNMENT | | 6330 28TH ST SE | GRAND RAPIDS | MI | 49546 | N/A |
| LASER ALIGNMENT | | 2850 THORNHILLS S.E. | GRAND RAPIDS | MI | 49546 | N/A |
| LIBERTY PRODUCTS | | 3073 MORTIMER | RAVENNA | MI | 49451 | N/A |
| LIBERTY SUPPLY | | P.O. BOX 2104 | MANKATO | MN | 56002 | N/A |
| LUCAS SYSTEMS | DENTEXX | 900 CANAL ST. | JACKSONVILLE | FL | 32209 | 70 |
| MAGIC FINISHING | | 2947 BUCHANAN | GRAND RAPIDS | MI | 49548 | N/A |
| MAGNA-LOMASON CORP. - CARROLLTON | DOUGLAS-LOMASON | 1001 ALABAMA | CARROLLTON | GA | 30117 | N/A |
| MERRITT EQUIPMENT COMPANY | | 5675 FULTON INDUSTRIAL BLVD | ATLANTA | GA | 30336 | N/A |
| MERRITT EQUIPMENT COMPANY | | 325 N CARLSON ROAD | BIRMINGHAM | AL | 35215 | N/A |
| MERRITT EQUIPMENT COMPANY | | 2500 WALNUT | ROSEVILLE | MN | 55113 | N/A |
| MERRITT EQUIPMENT COMPANY | | 137 HORNER AVE | TORONTO | ON | M8Z 4 | N/A |
| MERRITT EQUIPMENT COMPANY | | 338 FOURTEENTH ST | AMBRIDGE | PA | 15003 | N/A |
| MERRITT EQUIPMENT COMPANY | | 1501T COUNTY HOSPITAL ROAD | NASHVILLE | TN | 37218 | N/A |
| MERRITT EQUIPMENT COMPANY | | 8700 AMBASSADOR ROAD | DALLAS | TX | 75247 | N/A |
| MERRITT EQUIPMENT COMPANY | | 2098 TAYLOR STREET | HOUSTON | TX | 77007 | N/A |
| MICHIGAN PRODUCTS | TEACHERS STORE, MPI | 1200 KEYSTONE | LANSING | MI | 48909 | 70 |
| MICHIGAN RIVET CORPORATION | | 13201 STEPHENS ROAD | WARREN | MI | 48089 | 50 |
| NATIONWIDE COMPONENTS, INC | | 39293 PLYMOUTH RD., SUITE 10 | LIVONIA | MI | 48150 | N/A |
| PADUCAH MEDICAL SUPPLY | | 5530 REIDLAND ROAD | PADUCAH | KY | 42003 | N/A |
| PARAMOUNT BORING & MACHINE, INC. | | 15255 W 11 MILE | OAK PARK | MI | 48237 | N/A |
| PONCRAFT DOOR COMPANY | | 2005 PONTIAC ROAD | AUBURN HILLS | MI | 49842 | N/A |
| PONTIAC COIL INC. | | 2110 QUEENSWAY | SEARCY | AR | 72143 | N/A |
| PONTIAC COIL INC. | | 5800 MOODY DRIVE | CLARKSTON | MI | 48348 | N/A |
| PONTIAC COIL INC. | JDS PRODUCTS | 5385 PERRY DRIVE | WATERFORD | MI | 48329 | N/A |
| QUALITY WOOD SUPPLY | | 2960 ROBERTSON AVENUE | CINCINNATI | OH | 45209 | N/A |
| SEFCOR, INC. | | 1150 UNIFORM ROAD | GRIFFIN | GA | 30224 | N/A |

PREPARED BY BOB GHAREEB 7/21/98   CARRIER: CTII   ACCEPTED BY: [signature]   DATE: Ju 22, 1998

## UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS
### APPENDIX B

| CLIENT | ALIAS | LOCATION | CITY | ST | ZIP | DLR EXC |
|---|---|---|---|---|---|---|
| SOUND TECH, INC | SOUNDTECH | 134 BUCKLEY SW | GRAND RAPIDS | MI | 49501 | N/A |
| SOUND TECH, INC | SOUNDTECH | 2685 NORTHRIDGE DRIVE | WALKER | MI | 49504 | N/A |
| SOUTHERN AMBULANCE BUILDERS | | 833 NEW FRANKLIN RD. | LAGRANGE | GA | 30241 | N/A |
| SOURCE IMAGING PRODUCTS, INC | | 6090 MCDONOUGH DR STE Q | NORCROSS | GA | 30093 | N/A |
| SOURCE IMAGING PRODUCTS, INC | | 231 S JEFFERSON AVE STE 708 | CHICAGO | IL | 60661 | N/A |
| SOUTHERN AMBULANCE BUILDERS | | 833 NEW FRANKLIN RD. | LA GRANGE | GA | 30241 | N/A |
| SPORT RACK AUTOMOTIVE | | 12900 HALL RD. SUITE200 | STERLING HEIGHTS | MI | 48313 | N/A |
| SPORT RACK AUTOMOTIVE | | 50701 BIRCH LANE | SHELBY TOWNSHIP | MI | 48315 | N/A |
| SPORT RACK AUTOMOTIVE | | 2655 16TH STREET | PORT HURON | MI | 48060 | N/A |
| STEPHENSON & LAWYER | | 3831 PATTERSON AVENUE SE | GRAND RAPIDS | MI | 49508 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 5109 W. HOLT BLVD | MONTCLAIR | CA | 91763 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 515 ELECTRIC AVE. | FARMINGTON | NM | 87499 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 2626 ELECTRONIC LANE | DALLAS | TX | 75354 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 7701 LOCKHEED DR. | EL PASO | TX | 79937 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 500 N. BEACH ST. | FORT WORTH | TX | 78279 | N/A |
| SUMMIT ELECTRIC SUPPLY | | 10737 GULFDALE | SAN ANTONIO | TX | 78279 | N/A |
| SURE-WOOD FOREST PRODUCTS | | 374 SOUTH GLASSEL STREET | ORANGE | CA | 92666 | N/A |
| SURE-WOOD FOREST PRODUCTS | | 65 HILLIS STREET BLDG E | YOUNGWOOD | PA | 15697 | N/A |
| THE TEACHERS STORE | | 37 N. WAUKEGAN ROAD | DEERFIELD | IL | 60015 | 70 |
| THE TEACHER'S STORE | MICHIGAN PRODUCTS | 4315 WESTBROOK DRIVE | AURORA | IL | 60504 | 70 |
| THE TEACHER'S STORE | MICHIGAN PRODUCTS | 2845 LAKE EASTBROOK BLVD. | KENTWOOD | MI | 49512 | 70 |
| THE TEACHER'S STORE | MICHIGAN PRODUCTS | 1200 KEYSTONE AVENUE | LANSING | MI | 48911 | 70 |
| THE TEACHER'S STORE | MICHIGAN PRODUCTS | 16911 MIDDLEBELT ROAD | LIVONIA | MI | 48154 | 70 |
| THE TEACHER'S STORE | MICHIGAN PRODUCTS | 2383 14 MILE ROAD | STERLING HEIGHTS | MI | 48310 | 70 |
| TOWER AUTOMOTIVE | R.J. TOWER | 801 W. 15TH STREET | AUBURN | IN | 46706 | 50 |
| TOWER AUTOMOTIVE | MASCOTECH | 221 S. PROGRESS DRIVE WEST | KENDALLVILLE | IN | 46755 | 50 |
| TOWER AUTOMOTIVE | | 850 WITHROW COURT | BARDSTOWN | KY | 40004 | 50 |
| TOWER AUTOMOTIVE | | 37630 INTERCHANGE DR | FARMINGTON HILLS | MI | 48355 | 50 |
| TOWER AUTOMOTIVE | | 6303 28TH ST S.E. | GRAND RAPIDS | MI | 49546 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER | 429 E. GROVE STREET | GREENVILLE | MI | 48838 | 50 |
| TOWER AUTOMOTIVE | KALAMAZOO STAMPING | 1815 PALMER AVENUE | KALAMAZOO | MI | 49001 | 50 |
| TOWER AUTOMOTIVE | KALAMAZOO STAMPING | 2105 GLENDENNING | KALAMAZOO | MI | 49001 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER | 800 E. DUNCAN STREET | MANCHESTER | MI | 48158 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER | 1350 W. HAMLIN | ROCHESTER HILLS | MI | 48308 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER | 8900 INKSTER ROAD | ROMULUS | MI | 48174 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER/MASCOTECH/JP MF | 1974 CASS-HARTMAN COURT | TRAVERSE CITY | MI | 49684 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER/MASCOTECH/JP MF | 1677 PARK DRIVE | TRAVERSE CITY | MI | 49684 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER/MASCOTECH/JP MF | 280 HUGHES DRIVE | TRAVERSE CITY | MI | 49686 | 50 |
| TOWER AUTOMOTIVE | R.J. TOWER/MASCOTECH/JP MF | 1305 STEPKE COURT | TRAVERSE CITY | MI | 49686 | 50 |
| TOWER AUTOMOTIVE | MASCOTECH | 18777 COUNTY ROAD 15 | BLUFFTON | OH | 45817 | 50 |
| TOWER AUTOMOTIVE | MASCOTECH | 9841 COUNTY HWY 49 | UPPER SANDUSKY | OH | 43351 | 50 |

PRE... TED BY BOB GHAREEB  7/21/98    CARRIER: CTII    ACCEPTED BY [signature]  DATE: JL 12, 1998

## UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS
### APPENDIX B

| CLIENT | ALIAS | LOCATION | CITY | ST | ZIP | CL EXC |
|---|---|---|---|---|---|---|
| TOWER AUTOMOTIVE | A.O. SMITH | 630 SOUTH WEST ST. | BELLEVUE | OH | 44811 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 43955 PLYMOUTH OAKS | PLYMOUTH | MI | 48170 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 311 VANDERBILT DR. | BOWLING GREEN | KY | 42104 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 4040 VISTA DRIVE | ROANOKE | VA | 24019 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 5940 FALCON ROAD | ROCKFORD | IL | 61109 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 3301 CLINE ROAD | CORYDON | IN | 47112 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 13901 TELECOM DR. | MILAN | TN | 38358 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 4605 RICHLYN DR. | BELCAMP | MD | 21017 | 50 |
| TOWER AUTOMOTIVE | A.O. SMITH | 3533 N. 27TH ST. | MILWAUKEE | WI | 53216 | 50 |
| UNITED PET SUPPLY | UNITED PRODUCTS/SUPPLIES | 19785 W. 12 MILE RD. #179 | SOUTHFIELD | MI | 48076 | N/A |
| UNITED SUPPLY, INC | | 14650 DEQUINDRE | DETROIT | MI | 48212 | N/A |
| UTS (AS THIRD PARTY ONLY) | | 3525 28TH ST STE A | GRAND RAPIDS | MI | 49512 | N/A |
| UTS (AS THIRD PARTY ONLY) | | 6303 28TH ST. S.E. | GRAND RAPIDS | MI | 49546 | N/A |
| WESTERN FASTENER COMPANY | | P.O. BOX 888470 | GRAND RAPIDS | MI | 49588 | N/A |
| WESTERN FASTENER COMPANY | | 3201 LONGHORN BLVD | AUSTIN | TX | 78758 | N/A |
| YOUNG SUPPLY COMPANY | | 10414 GULFDALE | SAN ANTONIO | TX | 78216 | N/A |
| YOUNG SUPPLY COMPANY | | 4950 ALLEN ROAD | ALLEN PARK | MI | 48101 | N/A |
| YOUNG SUPPLY COMPANY | | 1200 ROSEWOOD | ANN ARBOR | MI | 48104 | N/A |
| YOUNG SUPPLY COMPANY | | 888 WEST BALTIMORE | DETROIT | MI | 48202 | N/A |
| YOUNG SUPPLY COMPANY | | 1232 WILBUR | DETROIT | MI | 48202 | N/A |
| YOUNG SUPPLY COMPANY | | 6191 JOHN C LODGE | DETROIT | MI | 48202 | N/A |
| YOUNG SUPPLY COMPANY | | 21605 FARMINGTON ROAD | FARMINGTON HILLS | MI | 48366 | N/A |
| YOUNG SUPPLY COMPANY | | 2101 S. SAGINAW STREET | FLINT | MI | 48503 | N/A |
| YOUNG SUPPLY COMPANY | | 130 IONIA SW | GRAND RAPIDS | MI | 49503 | N/A |
| YOUNG SUPPLY COMPANY | | 3710 GEMBRIT CIRCLE | KALAMAZOO | MI | 49001 | N/A |
| YOUNG SUPPLY COMPANY | | 1130 RAMADA DRIVE | LANSING | MI | 48911 | N/A |
| YOUNG SUPPLY COMPANY | | 639 AUBORN ROAD | PONTIAC | MI | 48342 | N/A |
| YOUNG SUPPLY COMPANY | | 125 DAVENPORT STREET | SAGINAW | MI | 48602 | N/A |
| YOUNG SUPPLY COMPANY | | 3153 CASS AVENUE | TRAVERSE CITY | MI | 49684 | N/A |
| YOUNG SUPPLY COMPANY | | 32522 DEQUINDRE | WARREN | MI | 48092 | N/A |
| YOUNG SUPPLY COMPANY | | 1058 HAMILTON DRIVE | HOLLAND | OH | 43528 | N/A |
| ZEELAND CHEMICAL, INC. | | 215 N. CENTENNIAL STREET | ZEELAND | MI | 49464 | N/A |

PREPARED BY BOB GHAREEB   7/21/98         CARRIER: CTII   ACCEPTED BY: [signature]   DATE: J.  22, 1998

APPENDIX C
TO
BROKER/CARRIER AGREEMENT

This Appendix is made part of the Transportation Agreement between CENTRAL TRANSPORT INTERNATIONAL, INC. of Warren, MI (CARRIER) and UNIVERSAL TRAFFIC SERVICE of Grand Rapids, MI (BROKER) and its clients as listed in Appendix B.

1) SHIPPER will agree to pay a Fuel Surcharge when the D.O.E. Fuel Index is greater than or equal to $■ per gallon and the following surcharge amounts will apply:

| D.O.E. FUEL INDEX | % OF FUEL SURCHARGE LTL | TL |
|---|---|---|
| $■ | ■ | ■ |
| $■ | ■ | ■ |
| $■ | ■ | ■ |
| $■ | ■ | ■ |
| $■ | ■ | ■ |
| $■ | ■ | ■ |

Note: The change in the fuel surcharge will occur on the Tuesday of the week in which the Fuel Index changes on Monday. If Monday is a holiday the change will occur on Wednesday.

2) Should the price of fuel in the D.O.E. Fuel Index exceed $■ per gallon, the fuel surcharge will be adjusted ■% per $■ per gallon increase.

3) The fuel surcharge will be applied to the net (after discount) freight charges.

4) Truckload (TL) is defined as shipments subject to pricing based upon the full capacity of a vehicle, or subject to rates with minimum weights of 20,000# or more.

BROKER:

UNIVERSAL TRAFFIC SERVICE

BY: Robert S. Ghareeb
SIGNED: _____
TITLE: Vice President - Traffic
DATE: 7-23-98

CARRIER:

CENTRAL TRANSPORT INTERNATIONAL, INC.

BY: David R. Rodewald
SIGNED: _____
TITLE: Director of Pricing
DATE: July 22, 1998

1

CENTRAL TRANSPORT INTERNATIONAL, INC.
A97003947

SCHEDULE "A-1"
PRICING AGREEMENT
between
CENTRAL TRANSPORT INTERNATIONAL, INC.
UNIVERSAL TRAFFIC SERVICE, INC.

**CLIENT SPECIFIC PRICING PROGRAM**

Effective Date:     January 1, 2006
Expiration Date:   December 31, 2006
Base Rates:         CZAR-LITE. Effective 1-1-1992
Discount:            ██ % (Direct points)
Minimum Charge:  ████ U.S. Domestic     ████ Canadian (Cross Border)
    ( Also applies on Intrastate charges for the states of : CA, GA, IL, IN, MI, MO, NY, OH, PA, TN, and TX when served direct by CTII.)
Canada Rates:      CZAR-LITE Effective 8/2003
Discount:            ████
Interline Pricing   ████ off actual class, (When CTII originates)
Interline Base Rates – CZAR-LITE Effective 1-1-1992
Interline Minimum ████
Volume Pricing    ████ of cubic capacity or class rated volume shipments.
New York Zips    Zip Codes 10001-10099 subject to an ████ minimum charge

Central Transport International Inc., shall name a representative to resolve disputed bills.
Central Transport International Inc., shall pay all claims within thirty (30) days of acceptance of responsibility.

Application:    Line-haul Portion of billing, including C.O.D. shipments, inbound collect, outbound prepaid, and third party.   Outbound collect shipments will move at class rates and receive a ████ discount off prevailing CTII base rates when pricing for consignee does not exist with CTII. LTL= Shipments to 19,999# to be rated at typical weight breaks, not to exceed the 10,000# weight break level of rates.

All shipments subject to the rules and accessorial charges established in   CTII 100 (series) except provisions referred to in the language of the contract to which this schedule is attached, references to claims liability less than full replacement value, single shipment charges, change of debtor charges, notify charges, and any charges related to freight bill attachments and/or requests for facsimile transmission of same (i.e. bills of lading, P.O.D.'s etc.) which are waived. C.O.D. fees are limited to 3% of C.O.D. amount with a minimum charge of ████

Pricing to apply to UNIVERSAL TRAFFIC SERVICE MANAGEMENT CLIENTS as listed on Addendum 1, which may be amended periodically.   Pricing will also apply to clients added by UTS fax signed by appropriate carrier representative. Clients may be deleted in the same manner.

Pricing may be facilitated by rate agreement by Broker and Carrier, Appendix A (rate confirmation) created by Broker, faxed by Broker signed and returned via fax by Carrier. Appendix A becoming a one move agreement to the contract by definition.

For: UNIVERSAL TRAFFIC SERVICE, INC.

*[signature]*                                        Date:   January 1, 2006

For: CENTRAL TRANSPORT INTERNATIONAL, INC.

*[signature]*                                        Date:   January 1, 2006