**LAW OFFICES**

# KEENAN COHEN & HOWARD P.C.

CHARLES L. HOWARD
DIRECT DIAL: 215-609-1105
CHOWARD@KCHOWLAW.NET

ONE PITCAIRN PLACE
SUITE 2400
165 TOWNSHIP LINE ROAD
JENKINTOWN, PA 19046

215-609-1110
(FAX) 215-609-1117



November 19, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

DEC 11 2007

**VIA FACSIMILE**
Honorable George B. Daniels
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

    Re:  Central Transport, Inc. v. American Home Assurance Co.
          U.S.D.C., Southern District of New York, No.: 07-cv-7930
          Our File No.: 1847-019

Dear Judge Daniels:

    I have been retained by defendant, Central Transport International, Inc., as trial counsel in the above-referenced matter, I am currently in the process of obtaining admission to the Court *pro hac vice* in this matter. The Court has scheduled an initial, pre-trial conference in this matter for December 18, 2007, at 9:30 am.

    I am writing to request that I be allowed to attend the above-mentioned conference by telephone as I currently reside and practice in suburban Philadelphia, Pennsylvania. It is my understanding that the conference will address primarily case management and scheduling issues.

                               Respectfully submitted,

                               KEENAN COHEN & HOWARD P.C.

                               By: *Charles L. Howard*
                                    Charles L. Howard

CLH/
cc:  Daniel G McDermott, Esquire (via fax: 212 376-6490)
      Barry N. Gutterman, Esquire (via fax: 212-983 1229)