

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY as subrogee of GENTEX CORPORATION,

        Plaintiff,

- against –

CENTRAL TRANSPORT, INC.

        Defendant.

---

**ECF CASE**

**07 CIV 7930**
**(Judge Daniels)**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Barry N. Gutterman, attorney for Defendant Central Transport International, Inc. ("CTI"), improperly named as Central Transport, Inc. and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Charles L. Howard, Esq. |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400 |
| City/State/Zip: | Jenkintown, PA 19046 |
| Phone Number: | (215) 609-1110 |
| Fax Number: | (212) 609-1117 |
| Email Address: | choward@freightlaw.net |

Is admitted to practice pro hac vice counsel for Defendant CTI in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 3, 2008

JAN 0 3 2008

CT.2807.Order.PHV.Howard

*George B Daniels*
U.S. District Judge
HON. GEORGE B. DANIELS