UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMERICAN HOME ASSURANCE
COMPANY

                Plaintiff,

     -against-

CENTRAL TRANSPORT INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 7930 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12 (b)(3), or alternatively, to transfer of venue pursuant to 28 U.S.C. § 1404(a) is DENIED.

Dated: January 15, 2008
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge