LAW OFFICES
# KEENAN COHEN & HOWARD P.C.

CHARLES L. HOWARD
DIRECT DIAL: 215-609-1105
CHOWARD@FREIGHTLAW.NET

ONE PITCAIRN PLACE
SUITE 2400
165 TOWNSHIP LINE ROAD
JENKINTOWN, PA 19046

215-609-1110
(FAX) 215-609-1117



DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 7 2008

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

March 17, 2008

**VIA FACSIMILE**
Honorable George B. Daniels
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

    Re:    **Central Transport, Inc. v. American Home Assurance Co.**
            **U.S.D.C., Southern District of New York, No.: 07-cv-7930**
            **Our File No.: 1847-019**

Dear Judge Daniels:

       We represent defendant, Central Transport International, Inc., in the above-referenced matter. The Court has scheduled status conference in this matter for March 20, 2007, at 9:30 am.

       I am writing to request that I be allowed to attend the above-mentioned conference by telephone as I currently reside and practice in suburban Philadelphia, Pennsylvania. Counsel for plaintiff, American Home Assurance, has indicated that he does not oppose my attendance at this conference by phone.

                                        Respectfully submitted,

                                        **KEENAN COHEN & HOWARD P.C.**

                                        By:  *Charles L. Howard*
                                                 Charles L. Howard

CLH/
cc:    James Ruddy, Esquire (via fax: 212 376-6490)
       Barry N. Gutterman, Esquire (via fax: 212-983 1229)