

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

AMERICAN HOME ASSURANCE
COMPANY
a/s/o GENTEX CORPORATION

                      Plaintiff,

-against-

CENTRAL TRANSPORT, INC.

                      Defendants.

CIVIL ACTION

NO.: 07-CV-7930(CBD)

**CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure 16 and 26(f) the following Civil Case Management Plan and Scheduling Order, is submitted by counsel for the parties.

1. No **additional parties** may be joined after **April 30, 2008**.

2. No **amendment** to the pleadings will be permitted after **April 30, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **June 27, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **July 31, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. *In the event a dispositive motion is made*, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on __10/15/08__ at __9:30__ a.m.

6. **The Joint Pretrial Order** shall be filed no later than **August 18, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** on 48 hours notice on or after _____. The estimated trial time is two (2) days, and this is a ~~(jury)~~ (non-jury) trial.

9. The **Next Case Management Conference** will be held on **June 19, 2008 at 9:30 a.m.**

Dated: April 25, 2008
New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge
**HON. GEORGE B. DANIELS**

*[signature]*
James J. Ruddy  (R-6693)
McDermott & Radzik, LLP
Wall Street Plaza
88 Pine Street
New York, NY 10005

Attorneys for Plaintiff

*[signature]*
Charles L. Howard
Keenan Cohen & Howard P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046

Attorneys for Defendant

2