LAW OFFICES
# KEENAN COHEN & HOWARD P.C.

CHARLES L. HOWARD
DIRECT DIAL 215-609-1105
CHOWARD@FREIGHTLAW.NET

ONE PITCAIRN PLACE
SUITE 2400
165 TOWNSHIP LINE ROAD
JENKINTOWN, PA 19046

215-609-1110
(FAX) 215-609-1117



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: JUN 10 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

JUN 1 0 2008

June 9, 2008

**VIA FACSIMILE and REGULAR MAIL**

Honorable George B. Daniels
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

  **Re: American Home Assurance Co., et al. v. Central Transport, Inc.**
    **U.S.D.C., Southern District of New York, No.: 07-cv-7930**
    **Our File No.: 1847-019**

Dear Judge Daniels:

  Our firm represents the defendant in the above-referenced matter. The Court has scheduled a status conference in this case for June 19, 2008 at 9:30 a.m.

  We are requesting leave to attend the conference via telephone in light of the fact that our offices are located in the Philadelphia area. If the Court grants the requested leave, please advise as to whether the Court will initiate the call or whether counsel should call the Court.

  We thank the court for its consideration of this matter.

           Respectfully submitted,

          **KEENAN COHEN & HOWARD P.C.**

         By: _____
           Charles L. Howard

CLH/
cc: James J. Ruddy Esquire (via fax & regular mail)