USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

LAW OFFICES
# KEENAN COHEN & HOWARD P.C.

CHARLES L. HOWARD
DIRECT DIAL: 215-609-1105
CHOWARD@FREIGHTLAW.NET

ONE PITCAIRN PLACE
SUITE 2400
165 TOWNSHIP LINE ROAD
JENKINTOWN, PA 19046

215-609-1110
(FAX) 215-609-1117

June 10, 2008

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
JUN 1 2 2008

**VIA FACSIMILE**

Honorable George B. Daniels
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, NY 10007

      Re:    **American Home Assurance Co., et al. v. Central Transport, Inc.**
              **U.S.D.C., Southern District of New York, No.: 07-cv-7930**
              **Our File No.: 1847-019**

Dear Judge Daniels:

      We represent the defendant in the above-referenced matter and write to address plaintiff's counsel's objection to our request for leave to attend the June 19 status conference in this matter by telephone.

      Counsel's objection appears to be based on "discovery issues" which he anticipates will arise at the conference, as well as the potential intervention of a Magistrate for settlement purposes. Counsel, however, offers no specifics which would shed light on precisely what "discovery issues" he anticipates might arise.

      We are unable to think of any such issues which could not be resolved over the telephone with or without the court's assistance, especially if we are apprised of such issues in advance of the status conference. We are also prepared to discuss the involvement of a magistrate for settlement purposes over the phone.

Honorable George B. Daniels<br>
June 10, 2008<br>
Page 2

       We respectfully request that the Court grant us leave to attend the status conference by phone.

Respectfully submitted,

**KEENAN COHEN & HOWARD P.C.**

By: _/s/ Charles L. Howard_<br>
Charles L. Howard

CLH/
cc:    James J. Ruddy Esquire (via fax)