UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

American Home Assurance LLC
Plaintiff,

-v-

Central Transport
Defendant.

: ORDER OF REFERENCE
: TO A MAGISTRATE JUDGE
:
: 1 7 CV 7930 (GBD) (KNF)
:
: USDC SDNY
: DOCUMENT
: ELECTRONICALLY FILED
: DOC #:
: DATE FILED: JUN 2 0 2008

------------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*

_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____
__ Habeas Corpus
__ Social Security
__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: ____

========================================

* Do not check if already referred for general pretrial.
Dated 6/11/08

SO ORDERED:

George B. Daniels
United States District Judge