USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/08

McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

DIRECT E-MAIL: jjruddy@mcdermottradzik.com

June 25, 2008

RECEIVED
JUN 5 2008
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**MEMO ENDORSED**

VIA FACSIMILE 212-805-6712

Honorable Kevin Nathaniel Fox
United States District Court Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> RE: *American Home Assurance Company
> v. Central Transport International, Inc.*
> 07 CIV 7930 (GBD)(KNF)
> Our File: 7-07-7049 DGM/JJR

Dear Magistrate Judge Fox:

This firm represents plaintiff in the captioned litigation and just received the Court's notice of the settlement conference scheduled for July 7, 2008. With the concurrence of Central Transport's counsel, we write to respectfully request an adjournment of the conference till after July 29, 2008 as both counsel as well as our respective clients will be on vacation during various periods in July.

The writer will be out of the country on a family vacation from July 2 – 13, 2008 and Mr. Howard will be on vacation from July 14 – 21, 2008. The clients will be away on several days between July 21st and July 29th.

Please call the writer or Mr. Howard with any questions and both parties appreciate the Court's consideration of our request.

6/25/08
Application granted.
The settlement conference
will be held on July 31, 2008,
at 2:30 p.m., in courtroom 9A.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

McDERMOTT & RADZIK, LLP

By: /s/ James J. Ruddy
James J. Ruddy

Judge Kevin Nathaniel Fox
June 25, 2008
Page 2
..........

**MEMO ENDORSED**

JJR/hs
cc:   Keenan Cohen & Howard, P.C.
      Attn:   Charles L. Howard, Esq.
      Your Ref.: 1847-2008
      *VIA FACSIMILE 215-609-1117*