McDermott & Radzik, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

DIRECT E-MAIL: jjruddy@mcdermottradzik.com

August 5, 2008

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

AUG 1 4 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 4 2008

VIA FACSIMILE 212-805-6737

Honorable George B. Daniels
U.S. District Court Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

    RE:    American Home Assurance Company
            v. Central Transport International, Inc.
            07 CIV 7930 (GBD)
            Our File: 7-07-7049 DGM/JJR

Dear Judge Daniels:

    This firm represents plaintiff in the captioned action which involves claims for loss and damage to cargo shipped in interstate transportation and breach of an agreed settlement of the underlying cargo claim.

    Last week, the parties attended a Settlement Conference before Magistrate Judge Kevin Fox but no resolution was achieved.

    At this juncture, plaintiff intends to move for summary judgment on the breach of agreed settlement cause of action and defendant may make a similar motion.

    Mr. Howard and the writer have conferred and propose that dispositive motions be served by August 27, 2008 with answering papers due on September 17, 2008. Reply papers are to be served by September 26, 2008.

    Please confirm that these proposed dates are acceptable to the Court.

Judge George B. Daniels
August 5, 2008
Page 2
..........

    We thank the Court for its consideration.

                              Very truly yours,

                              McDERMOTT & RADZIK, LLP

                    By:          James J. Ruddy

JJR/hs
cc:    Charles L. Howard, Esq.
        Your Ref.: 1847-2008
        ***VIA FACSIMILE 215-609-1117***