McDERMOTT & RADZIK, LLP.
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street  21st Floor
New York, New York  10005
212-376-6400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMERICAN HOME ASSURANCE COMPANY
a/s/o GENTEX CORPORATION,

                Plaintiff,

-against-

CENTRAL TRANSPORT INTERNATIONAL, INC.,

                Defendant.
-----------------------------------------------------------------X

ECF CASE

07 Civ. 7930 (GBD)

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ITS SECOND CAUSE OF ACTION**

**PLEASE TAKE NOTICE** that, upon the Declarations of James J. Ruddy, dated August 25, 2008, James T. Nasso, dated August 26, 2008 and Daniel G. McDermott, dated August 26, 2008, together with the exhibits attached hereto, the accompanying plaintiff's Memorandum of Law, Local Civil Rule 56.1(a) Statement and the pleadings herein the undersigned attorneys for plaintiff, American Home Assurance Company a/s/o Gentex Corporation pursuant to FRCP §56 and Local Civil Rule 56.1 of this Court, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom 15D, at 9:30 a.m., on October 7, 2008, or at another date and time to be set by the Court, for an order pursuant to FRCP §56, granting summary judgment in favor of plaintiff and against defendant, Central Transport International, Inc., for breach of an

agreed settlement and damages in the amount of $80,000.00 plus interest, costs and disbursements.

Dated: August 26, 2008
      New York, New York

                        McDERMOTT & RADZIK, LLP.
                        Attorneys for Plaintiff

By:    /s/ James J. Ruddy
        James J. Ruddy (JR-6693)
        Wall Street Plaza
        88 Pine Street  21st Floor
        New York, New York  10005
        212-376-6400

TO:    Charles L. Howard, Esq.
        KEENAN, COHEN & HOWARD, P.C.
        Attorneys for Defendant
        One Pitcairn Place  Suite 2400
        165 Township Line Road
        Jenkintown, PA  19046
        215-609-1110
        Ref.:  1847-019