# EXHIBIT 5

## Central Transport Delivery Receipt

**Pro Number:** 495-288534-1

| Ship Date | 05/25/06 |
|---|---|
| Pieces | 2 |
| Weight | 4344 |

**Reference Number:**

| Org | DC |
|---|---|
| 495 | 920 |

**Freight Terms:** Freight Charges Are Prepaid

**PO Number:**

**SCAC:** CTII

**Consignee:**
AUTOSPLICE INC
10121 BARNES CANYON
SAN DIEGO, CA 92121

**Shipper:**
GENTEX CORP
600 N CENTENNIAL ST
ZEELAND, MI 49464

**Special Instructions:**
Delivery Trailer: 27-0141
Shipper COD Amount
0.0000

---

STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

RMA# 060204

(illegible form contents)

Circled note: "Central Transport Scales"

TOTALS: 4344

Pro Number 495-288534-1

---

Handwritten notes:
CRATE DAMAGED, CAR TRANSMISSION DROPPED ON CRATE & FELL THRU. A/S VERSASERT CRATE DAMAGED, MACH FRAME DAMAGE
CONVEYOR — X-Y TABLE DAMAGE
DAMAGE ROTARY TABLE DAMAGE
SAFETY COVER DAMAGED

AZ 6-5-06

**Stamp / Sign Here**
Firm: Autosplice Inc.
By: AvL Engouhec
Shipment received in: DAMAGED
Pieces Received: 2 Crates
Driver: (illegible)  Date: 6-5-06
Arrive Time: 12:07  Depart Time: 1:04

**Additional Delivery Services Requested**
- Inside Delivery $80.00
- Sort - Segregate $90.00
- Driver Delay $75.00
- Residential Delivery $100.00
- Liftgate $95.00
- Redelivery $75.00

Internal Use Only
# And Type of Container: 2 crates
Part #:
Qty. of Pcs Affected: 1 crate
Desc: crushed
Skids: N/A
Date: 6-5-06  Log# 1356292