# EXHIBIT 6

CLAIM NUMBER: **616080**

PRO NUMBER: 495-288534-1   DR: None   SSDC: 5

T2 TERM:

OSD NUMBER: NONE

T2 OPS:



CUSTOMER NUMBER: **49512972600**   CUSTOMER: **UNIVERSAL TRAFFIC**
LIABILITY: **STANDARD CTII 100 SERIES**   MAX. LIABILITY: **STANDARD CTII**
AR % OVER 90: **0.39**
YTD REVENUE: **$138,755.45**   YTD CLAIMS % PAID: **71.200**   YTD CLAIM
12 MONTH REVENUE: **$246,016.66**   12 MONTH CLAIMS % PAID: **68.800**   12 MONTH

CLAIMANT LOCATION NUMBER: 49464137400  NEW  VIEW
CLAIMANT CLAIM NUMBER: 100201
CLAIM TYPE: Damage
CLAIMANT LOCATION NAME: **GENTEX CORP**
LOCATION ADDRESS: **600 N CENTENNIAL ST, ZEELAND, MI 49464**
PAY TO: AMERICAN HC   ADDRESS: 175 WATER S   CITY: NEW YORK   STATE: NY   ZIP: 10038

CLAIM AMOUNT $: 122499.00   PAID AMOUNT $: 80000.00
FUNDS CODE: USD   COMMODITY: MACHINERY -

RESPONSIBLE TERMINAL NUMBER: 495
ADDITIONAL LOCATION INFO:   RESPONSIBLE PERSON: JC/DR

CURRENT STATUS: Paid and Check Issued
STATUS DATE: **8/1/2007   3:53 PM**

COMMENTS:
8/1 settlement for lawsuit against CTII. MAIL TO MCDERMOTT & RADZIK, LLP, WALL STREET PLAZA, 88 PINE ST. NY, NY. 10005 Originally claim filed by UTS c/o Gentex for $246,880.07. Claim then filed by AI Marine Adjusters - insurer for Gentex. AI paid Gentex $112,499.38, plus Gentex's $10,000 decutable = $122,499.00 claim against CTII. Letter being drafted to AI 4/9/07 requesting additional info. UTS claim declined. JAC