# EXHIBIT 7

II CLAIMS PROCESSING                                                    STANDARD FEDERAL GENERAL

|                    | DATE        | AMOUNT         |
|                    | 8/8/2007    | ***$80,000.00  |

( EIGHTY THOUSAND

THE ORDER OF       1040 -              5474934

AMERICAN HOME ASSURANCE COMPAN
175 WATER ST - 15TH FLOOR                                               NOT NEGOTIABLE
NEW YORK NY 10038                                                       **Voucher Copy**

I CLAIMS PROCESSING                                                     Page 1 of 1

| ATE  | INVOICE NO.   | VOUCHER NO. | BATCH ID     | AMOUNT        | EXPLANATION   |
|------|---------------|-------------|--------------|---------------|---------------|
| 2007 | 495-288534-1  | 67311       | CL0307219USO | 80,000.00 USD | 616080 100201 |
|      |               |             |              | $80,000.00    |               |

8-13-07

CEN10222