# EXHIBIT 9

Bill of
Lading

## STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

SINGLE SHIPMENT PICKUP ☐

| CARRIER NO. | |
|---|---|
| DATE | 5/25/2006 |

RMA# 060204

| FROM: Origin | TO: Destination |
|---|---|
| GENTEX CORP - CENTENNIAL | AUTOSPLICE INC |
| STREET | STREET |
| 600 N CENTENNIAL | 10121 BARNES CANYON |
| CITY: ZEELAND  STATE: MI  ZIP CODE: 49464 | CITY: SAN DIEGO  STATE: CA  ZIP CODE: 92121 |
| CONTACT: Jerry Cassidy 772-1590 x1876 | CONTACT: RMA# 060204 |
| BILL TO: GENTEX CORP - CENTENNIAL | P.O. Box 888470, Grand Rapids, MI 49588-8470 |

| NUMBER SHIPPING UNITS | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM | Class | WEIGHT (SUBJECT TO CORRECTION) |
|---|---|---|---|---|---|
| 2 Crate | | Machinery and Machine Parts; Machinery NOI | 1333000- | 65 | 4346 |
| | | Central Transport brakes | | | |
| 2 | | TOTALS | | / | 4346 |

71x55x79 and 37x31x35
ESTIMATED WEIGHT

BOL#: C052506

-- INSPECT FOR QUALITY & QUANTITY BEFORE SIGNING. NOTE ALL VISIBLE DAMAGE/SHORTAGE/MISHANDLING AT DELIVERY

CETR

REMIT C.O.D. TO:
495-288534-1
B/L

FREIGHT CHARGES:
FREIGHT PREPAID Except when box at bottom is checked.
Charges are to be COLLECT when box is checked. ☐

C.O.D. FEE PREPAID ☐ COLLECT ☐

COD AMT:

SHIPPER: GENTEX CORP - CENTENNIAL
PER: Sue Kelly/KEB
CARRIER: [signature]
PER: [signature]
DATE: 5-25-06  TIME: 5:15 PM  PIECES: 2