# EXHIBIT 11

## LOSS AND/OR DAMAGE CLAIM

A I MARINE ADJUSTERS, INC.
MARINE RECOVERY DEPARTMENT

175 Water Street
15th Floor
New York, New York 10038

Telephone No. 212/458- 6528

02/07/2007

Central Transport

Attn: Jeff Cackowski

FOLD

| CLAIM NUMBER 0069567-A | VESSEL/CONVEYANCE RTWB495-288534-1, Rail/Trucking | B/L NUMBER 495-288534-1 | B/L DATE 05/25/2006 |
|---|---|---|---|
| VOYAGE ZEELAND, MI,USA To SAN DIEGO, CA,USA | | INTEREST Machinary | |

We enclose, herewith, documents substantiating our claim as detailed below filed on behalf of cargo owners and/or their underwriters. Please acknowledge receipt of our claim and in any correspondence kindly make reference to our claim number.

**PLEASE DRAW SETTLEMENT CHECK TO THE ORDER OF: A I Marine Adjusters in the amount of $122,499.00 for loss to our insured's cargo while in your care and control. The lossis based on the value as noted within the documents. Kindly acknowledge this claim within 10 days.**

FOLD

ENCLOSURES:

☒ **Bill of Lading**
☒ **Commercial Inv.**
☒ **Packing List**
☐ Delivery Receipt
☐ Subrogation Receipt
☐ Survey Report
☒ **Inspection report/damage delivery receipt.**

Jim Nasso
A I Marine Adjusters, Inc.