# EXHIBIT 12

# McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

July 16, 2007

*[handwritten: 7/16 - LMTC / 7/17 - LMTC]*

VIA MAIL AND FACSIMILE: *(1 page)* 586-755-6421

Central Transport International
12225 Stephens Road
Warren, MI 48089

Attn:  Mr. Jeffrey A. Cackowski
       Claims Manager

Re:    Gentex
       Your Ref.: 616080
       Pro No. 495-288534-1
       Claim Amount: $122,500.00
       AI Marine Claim No. 0069567-A
       Our File: 7-07-7049 DGM

*[handwritten annotations in right margin, partially illegible: 7/19 Claims Dept / pays offer cp / will fax / Delin Negs / default ...]*

Dear Mr. Cackowski:

We have been retained by AI Marine Adjusters, Inc. to pursue their rights of subrogation on the above claim.

Claim documents have been previously sent to you and we request that you give this matter your immediate attention. Please call the undersigned upon receipt of this letter.

Very truly yours,

McDERMOTT & RADZIK, LLP

By: *[signature]*
    Daniel G. McDermott

DGM/jad

EXHIBIT