# EXHIBIT
# 13

Case 1:07-cv-07930-GBD    Document 29-3    Filed 08/26/2008    Page 1 of 3

0/2007/FRI 02:08 PM

-1-

 CENTRAL TRANSPORT

CENTRAL TO YOUR SUCCESS™

# FAX

Date : 7/19/2007

Number of Pages (including cover page) : 2

To : Daniel G. McDermott          From :   Dave Rigelhof

Fax : (212) 376-6490          Phone :

Re : A I Marine Adjusters – Pro 495-288534-1
       Your file # 7-07-7049 DGM

☐ Urgent  x For Review ☐ Please Comment ☐ Please Reply  ☐ Please Recycle

Comments :

Please review letter sent out to Mr. Nasso of A I Marine Adjusters on
5/23/2007.

12225 Stephens Road • Warren, MI 48089
Tel 800.334.4883 X5784 • Fax 586.755.0421
Email: drigelhof@centraltransportint.com
Website: www.centraltransportint.com

0/2007/FRI 02:09 PM

**CENTRAL TRANSPORT**

CENTRAL TO YOUR SUCCESS ™

May 23, 2007

A I Marine Adjusters
175 Water Street – 15th Floor
New York, NY 10038

Attn: Jim Nasso

Re: Central Transport International claim 616080  pro 495-288534-1
     A I claim 0069567-A

Dear Mr. Nasso:

Upon final review of the presented documents associated with the above mentioned claim we offer the following comments.

Whenever a used item is tendered in any mode of transportation numerous obstacles are naturally present. Items such as the age of the unit, condition at time of transport, original packaging, re-shipment packaging, value support, depreciation, among others come into question.

Due to the age and circumstances surrounding this shipment, as a means to close this matter we are willing to forward a settlement amount of $50,000.00.

Kindly allow your acceptance and we will conclude.

Note – this offer will remain in effect for 30 days. After that time period the claim will be considered as in a denied status.

Sincerely,

Jeffrey A. Cackowski
Claims Manager

12225 Stephens Road    Warren, MI 4808!
Tel 800.334.4883    Fax 586.755.159₄
www.centraltransportint.com