# EXHIBIT 15

McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

July 31, 2007

VIA MAIL AND FACSIMILE: (1 page) 586-755-6421

Central Transport International
12225 Stephens Road
Warren, MI 48089

Attn:  Mr. David Rigelhof

Re:  Gentex, Inc.
     Your Ref.: 616080
     Pro No. 495-288534-1
     Claim Amount: $122,500.00
     AJ Marine Claim No. 0069567-A
     Our File: 7-07-7049 DGM

Dear Mr. Rigelhof:

This will confirm our telephone conference of this date in which we agreed to settle the above referenced claim in the sum of $80,000.00.

Please make your settlement check in the agreed amount, made payable to American Home Assurance Company, the subrogated underwriter for Gentex, Inc.

Thank you for amicably resolving this matter.

Very truly yours,

McDERMOTT & RADZIK, LLP

By: Daniel G. McDermott

Fax (212) 458-6510

DGM/jad

cc:  Mr. James T. Nasso
     AJ Marine Adjusters, Inc.
     Ref. No.: 0069567

EXHIBIT