# EXHIBIT 16

McDERMOTT & RADZIK, LLP

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL FIRM@MCDERMOTTRADZIK.COM

August 15, 2007

VIA MAIL AND FACSIMILE (1 page) 586-755-6421

Central Transport International
12225 Stephens Road
Warren, MI 48089

Attn: Mr. David Rigelhof

Re: Gentex, Inc.
    Your Ref.: 616080
    Pro No. 495-288534-1
    Claim Amount: $122,500.00
    AJ Marine Claim No.: 0069567-A
    Our File: 7-07-7049 DGM

Dear Mr. Rigelhof:

We refer to our letter of July 31, 2007 in which we confirmed our agreement to settle this claim in the sum of $80,000.00.

Please advise when we may expect settlement funds. Many thanks.

Very truly yours,

McDERMOTT & RADZIK, LLP

By: _____
    Daniel G. McDermott

DGM/jad

*[handwritten note: "Check Will be in mail Tuesday"]*

EXHIBIT