# EXHIBIT 17

McDERMOTT & RADZIK, LLP
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376 6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

August 30, 2007

9/5/07
Legal Dept

VIA MAIL AND FACSIMILE (1 page) 586-755-6421

Central Transport International
12225 Stephens Road
Warren, MI 48089

Attn: Mr. David Rigelhof

Re:   Gentex, Inc.
      Your Ref.: 616080
      Pro No. 495-288534-1
      Claim Amount: $122,500.00
      AJ Marine Claim No.: 0069567-A
      Our File: 7-07-7049 DGM

Dear Mr. Rigelhof:

We refer to our letters of July 31 and August 15, 2007 and our telephone conferences.

We still have not received settlement funds in the sum of $80,000.00, despite your assurance that the check was processed and was being mailed out.

Please forward settlement funds as soon as possible to avoid a suit for breach of an agreed settlement. Thank you for your immediate attention to this matter.

Very truly yours,

McDERMOTT & RADZIK, LLP

By: Daniel G. McDermott

DGM/jad
cc:   Mr. James T. Nasso
      AJ Marine Adjusters, Inc.
      Your Ref. No. 0069567-A

EXHIBIT