Charles L. Howard (admitted pro hac vice)
KEENAN COHEN & HOWARD P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
(215) 609-1110

Attorneys for Defendant
Central Transport International, Inc.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY a/s/o GENTEX CORPORATION<br><br>                              Plaintiff,<br><br>                  v.<br><br>CENTRAL TRANSPORT INTERNATIONAL, INC.,<br><br>                              Defendant. | **ECF CASE**<br><br>**NO. 07-CV-7930 (GBD)**<br><br>**NOTICE OF DEFENDANT'S MOTION PURUSUANT TO FED. R. CIV. P. 56(b) FOR PARTIAL SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 56(b), Defendant Central Transport International, Inc. will move this Court for partial summary judgment on Count I of Plaintiff's Amended Complaint for the reasons set forth in the accompanying Memorandum of Law.

                                                    **KEENAN COHEN & HOWARD P.C.**

                            By:      /s/ Charles L. Howard
                                          Charles L. Howard
                                          One Pitcairn Place, Suite 2400
                                          165 Township Line Road
                                          Jenkintown, PA 19046
                                          Telephone:  (215) 609-1110
                                          Facsimile:     (215) 609-1117

                                          Attorneys for Defendant
                                          Central Transport International, Inc.

Dated: August 27, 2008

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, hereby certify that on August 27, 2008, a true and correct copy of the foregoing Notice of Defendant's Motion for Partial Summary Judgment was filed electronically. Notice of this filing will be sent to the following counsel, listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        James J. Ruddy Esquire
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street
        New York, NY 10005

        By:   /s/Charles L. Howard
               Charles L. Howard